June 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BILL & ELIZABETH FISHER D/B/A SARANAC OAKS RANCH, Appellant

NO. 14-14-01014-CV                    V.

ULTIMATE KOBE  BEEF, L.L.C., CHAMPION GENETICS, INC., ALLISON
MAE GODWIN AND BRUCE R. HEMMINGSEN, Appellees

_____

Today the Court heard the parties' joint motion to reverse the judgment signed by the court below on May 21, 2012. Having considered the motion and found it meritorious, we order the judgment **REVERSED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.